[No. 43372-9-II.  Division Two.  March 19, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES MICHAEL MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 11-1-00450-8, James W. Lawler, J., entered April 25, 2012. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Worswick, C.J., and Johanson, J.

[No. 30271-7-III.  Division Three.  March 19, 2013.]

EVELYN RUTH ZEHNER, *Respondent*, v. EVELYN MARIE ZEHNER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 10-2-03086-1, Linda G. Tompkins, J., entered August 24, 2011. *Reversed* and *remanded* by unpublished opinion per Korsmo, C.J., concurred in by Brown and Kulik, JJ.

[No. 30314-4-III.  Division Three.  March 19, 2013.]

*In the Matter of the Marriage of* KARALYN I. SPENCE, *Appellant*, and JACOB W. RIGGS, *Respondent*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 98-3-00348-5, John W. Lohrmann, J., entered September 14, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Brown, J., concurred in by Korsmo, C.J., and Kulik, J.

[No. 30352-7-III.  Division Three.  March 19, 2013.]

*In the Matter of the Marriage of* RICHARD TODD WIXOM, *Appellant*, and LINDA BUCHHOLZ WIXOM, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-3-02327-3, James M. Triplet, J., entered September 23, 2011. *Affirmed in part* and *reversed in part* by unpublished opinion per Kulik, J., concurred in by Siddoway, A.C.J., and Brown, J.